# IN THE SUPREME COURT OF THE STATE OF NEVADA

KATHY MICHELLE FINSTER,
        Appellant,
vs.
THE STATE OF NEVADA,
        Respondent.

No. 70640

**FILED**

DEC 0 9 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a direct appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Jessie Elizabeth Walsh, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that he has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, we

ORDER this appeal DISMISSED.[1]

_____, J.
Cherry

_____, J.
Douglas

_____, J.
Gibbons

---

[1]Because no remittitur will issue in this matter, *see* NRAP 42(b), the one-year period for filing a post-conviction habeas corpus petition under NRS 34.726(1) shall commence to run from the date of this order.

cc:  Hon. Jessie Elizabeth Walsh, District Judge
     Travis D. Akin
     Attorney General/Carson City
     Attorney General/Las Vegas
     Clark County District Attorney
     Eighth District Court Clerk

